UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Clearview AI, Inc.,**

        **Petitioner/Plaintiff**

        v.                                              NOTICE OF REMOVAL

**Investigative Consultants, Inc.**

    and                                             Case No. _____

**Donald Berlin,**

        **Respondents/Defendants**

Pursuant to 28 U.S.C. Section 1441(a), Investigative Consultants, Inc., and Donald Berlin, Respondents/Defendants in the case captioned *In the matter of the Application of Clearview AI, Inc., Petitioner, for an Order Pursuant to Article 75 of the Civil Practice Law and Rules to Confirm the Parties' Arbitration Award v. Investigative Consultants, Inc., and Donald Berlin, Respondents,* currently pending in the Supreme Court of the State of New York, New York County, Index No. 659836/2024, hereby remove that case to the United States District Court for the Southern District of New York.

. This Court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a) (diversity). Petitioner/Plaintiff Clearview AI, Inc. is incorporated in Delaware and has its principal place of business in New York. Defendant/Respondent Investigative Consultants, Inc. is incorporated in Illinois and has its principal place of business in the District of Columbia. Defendant/Respondent Donald Berlin is a citizen of Virginia. The amount in controversy exceeds $75,000, exclusive of interest and costs.

Pursuant to 28 U.S.C. Section 1446 (a), copies of all process, pleadings and orders served on Defendants/Respondents are filed with this Notice.

January 3, 2025                                          Respectfully submitted,

**/s/ John P. Dean**
John P. Dean (JD0278)
**THE OSTER LAW FIRM**
1320 19th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 725-8110 (p)
(202) 747-5862 (f)
johndean8@aol.com

*Counsel to Respondents/Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice and its attachments shall be served on counsel for Petitioner/Plaintiff Clearview AI, Inc. by email and by first class mail this 3rd day of January 2025 at the following addresses:

Maria Ibrahim, Esq.
Clearview AI, Inc.
99 Wall Street, #5730
New York, NY 10005
Email: Maria.ibrahim@clearviewai.com

Collin Vierra, Esq.
Eimer Stahl, LP
1999 South Bascom Avenue, #1025
Campbell, CA 95008
Email: cvierra@EimerStahl.com

/s/ *John P. Dean*

John P. Dean (JD0278)