SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------ X

In the matter of the Application of             :

CLEARVIEW AI, INC.,                             :       Index No. [        ] E

                     Petitioner,        :

For an Order Pursuant to Article 75 of the Civil :      **NOTICE OF PETITION**
Practice Law and Rules to Confirm the Parties'   :
Arbitration Award,                               :

v.                                              :

INVESTIGATIVE CONSULTANTS, INC. AND              :
DONALD BERLIN,

                     Respondents.      :

------------------------------------ X

      PLEASE TAKE NOTICE that upon the annexed petition of Petitioner Clearview AI, Inc., dated December 19, 2024, and the exhibits annexed thereto and the accompanying affirmation and memorandum of law, an application will be made to this court at the Supreme Court of the State of New York, County of New York, at 60 Center St., Room 130, New York, NY 10007, on January 7, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order and Judgment confirming the November 7, 2024 arbitration award issued by Usher T. Winslett, American Arbitration Association, Case No. 01-23-0002-6322, under Article 75 of the CPLR.

      PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 403(b), any answer and supporting affirmations shall be served on the undersigned attorneys for Petitioner no later than seven days before December 30, 2024.

Dated: December 23, 2024

                                                 Respectfully submitted,

/s/ Maria N. Ibrahim

Maria N. Ibrahim (No. 6111512)
Associate Legal Counsel, Clearview AI, Inc.
99 Wall Street, #5730
New York, NY 10005
Maria.Ibrahim@clearview.ai
346-492-8220

Collin Vierra (*pro hac vice forthcoming*)
EIMER STAHL LLP
1999 South Bascom Avenue
Suite 1025
Campbell, CA 95008
cvierra@eimerstahl.com
408-889-1668

*Counsel for Clearview AI, Inc.*

To:

Steven M. Oster
Attorney for Investigative Consultants Inc. and Donald Berlin
Oster McBride
1329 19th Street, N.W., Suite 601
Washington, DC 20036
202-596-5290