

224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Tel 312 660 7600
Fax 312 692 1718
neimer@eimerstahl.com

January 7, 2025

**<u>VIA ECF</u>**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 706
New York, NY 10007

> Re: *Clearview AI, Inc. v. Investigative Consultants, Inc. et al.*, No. 1:25-cv-00049
> **Letter Motion re Deadline for Respondents to Respond to Petitioner's Petition to Enforce Arbitration Award**

Dear Judge Oetken:

Petitioner Clearview AI, Inc. ("Clearview") respectfully requests that the Court (a) order Respondents Investigative Consultants, Inc. ("ICI") and Donald M. Berlin ("Berlin") (collectively, "Respondents") to respond to Clearview's petition by January 16, 2025; and (b) grant Clearview until January 23, 2025 to reply to Respondents' response, if any. Subsequently, Clearview's petition should be granted without oral argument.

In this case, Clearview seeks to confirm, under New York law, an arbitration award against Respondents. Pursuant to the parties' arbitration agreement, Clearview filed its petition in New York state court under N.Y. CPLR 7510 on December 23, 2024. Clearview served Respondents on December 26, 2024. Defendants removed the case to this Court on January 3, 2025.

Under Federal Rule of Civil Procedure 81(c)(2), after a civil action is removed from a state court:

> A defendant who did not answer before removal must answer or present other defenses or objections . . . within the longest of these [three] periods:
>> (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;
>> (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or
>> (C) 7 days after the notice of removal is filed.

Here, Clearview served Respondents on December 26, 2024, attached hereto as Exhibit 1, and Respondents removed the case to federal court on January 3, 2025. The relevant deadline under Fed. R. Civ. P. 81(c)(2), subds. (A) and (B), would be January 16, 2025, and the relevant deadline under Fed. R. Civ. P. 81(c)(2), subd. (C), would be January



The Honorable J. Paul Oetken
January 7, 2025
Page 2 of 2

10, 2025. The later of these dates is January 16, 2025. Thus, January 16, 2025 is the appropriate deadline for Respondents' response under Fed. R. Civ. P. 81(c)(2).

 Clearview therefore respectfully asks the Court to order Respondents to respond to Clearview's petition no later than January 16, 2025. Clearview also requests that the Court grant Clearview until January 23, 2025, to respond to Respondents' response, if any. Clearview finally requests that the Court promptly grant Clearview's petition without oral argument.

       Respectfully submitted,

       /s/ *Nathan P. Eimer*

       Nathan P. Eimer (#1976067)
       neimer@eimerstahl.com
       EIMER STAHL LLP
       224 South Michigan Ave., Suite 1100
       Chicago, IL 60604
       Telephone: (312) 660-7600
       Fax: (312) 692-1718

       Collin J. Vierra (*pro hac vice forthcoming*)
       cvierra@eimerstahl.com
       EIMER STAHL LLP
       1999 South Bascom Ave., Suite 1025
       Campbell, CA 95008
       Telephone: (408) 889-1668
       Fax: (312) 692-1718

       *Attorneys for Petitioner Clearview AI, Inc.*

Attachment

cc: All counsel of record (via ECF)