

# THE OSTER LAW FIRM

January 9, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Room 2101
New York, NY 10007

      Re: *Clearview AI, Inc., v. Investigative Consultants, Inc., et al.,* **No. 1:25-cv-00049**
          **Defendants/Respondents' Response to Clearview's Motion to Set Deadlines**

Dear Judge Oetken:

      The motion of Plaintiff/Petitioner Clearview AI, Inc., requesting the Court to establish deadlines for Defendants/Respondents Investigative Consultants, Inc., ("ICI") and Donald Berlin to respond to the petition Clearview originally filed in state court is unnecessary. As the motion itself states, the applicable deadline for a response is January 16, 2025, as stated in Fed. R. Civ. P. 81(c)(2). ICI and Mr. Berlin intend to respond within that deadline. Similarly, Local Rule 6.1(b) establishes the deadline for Clearview's reply papers as January 23, 2025, seven days after service of ICI's and Mr. Berlin's response. ICI and Mr. Berlin, therefore, respectfully request the Court to deny the motion without prejudice.

                                 Respectfully submitted,

                                   **/s/ *John P. Dean***
                                   John P. Dean (JD0278)
                                   Counsel for Defendants/Respondents

---

**1320 19TH Street, N.W. Suite 800**
**Washington, DC 20036**
202.596.5291 (O)
202.725.8110 (M)
202.747.5826 (F)
johndean8@aol.com

## CERTIFICATE OF SERVICE

I certify I caused a true and correct copy of the attached document to be filed using the Court's CM/ECF system, thereby serving counsel of record.

January 9, 2025               /s/ ***John P. Dean***
                              John P. Dean