UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**Clearview AI, Inc.,**

      **Petitioner/Plaintiff**

      v.                                       **DECLARATION OF JOHN P. DEAN**

**Investigative Consultants, Inc.**

      **and**                                           **Case No. 1:25-cv-00049**

**Donald Berlin,**

      **Respondents/Defendants**

_____

      John P. Dean deposes and states the following under oath:

1.     I am over eighteen years of age and of sound mind, am counsel to Investigative Consultants, Inc. ("ICI") and Donald M. Berlin (together "Respondents/Defendants"). I am competent to testify to the facts set forth herein and, if called as a witness and placed under oath, would so testify.

2.     Exhibit 1 to the attached Motion is a true and correct copy of Claimant Clearview, AI's Arbitration Demand (excluding the exhibits thereto).

3.     Exhibit 2 to the attached Motion is a true and correct copy of Claimant Clearview, AI's Amended Arbitration Demand.

4.     Exhibit 3 to the attached Motion is a true and correct copy of Respondents/Defendants' Answer, Affirmative Defenses, and Counterclaim to the Arbitration Demand.

5.     Exhibit 4 to the attached Motion is a true and correct copy of Respondents/Defendants' Motion to Modify the Arbitration Award.

      I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct.

January 16, 2025                                                           */s/ John P. Dean*
                                                                             John P. Dean