

# THE OSTER LAW FIRM

February 7, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Room 2101
New York, NY 10007

    Re: *Clearview AI, Inc., v. Investigative Consultants, Inc., et al.,* **No. 1:25-cv-00049**
      **Defendants/Respondents' Motion to Dispense with the Joint Scheduling Order**

Dear Judge Oetken:

   The Court's January 8, 2025 Order (ECF 7) requires the parties to confer with each other and "to jointly prepare a detailed proposed written schedule for any motions and discovery." In this case, Plaintiff/Petitioner Clearview AI, Inc. ("Clearview") has filed a motion to confirm the arbitration award and Defendants/Respondents Investigative Consultants, Inc. ("ICI") and Donald Berlin have filed a motion to vacate, correct or modify the award in part and to confirm it in part. Both motions are fully briefed.

   Because this case involves review of an arbitration award rendered after a full hearing that was preceded by significant discovery, it is not likely that any further discovery will be necessary. Therefore, ICI and Mr. Berlin request the Court to relieve the parties of the obligation to file the joint scheduling order required by the January 8 Order and, if the Court deems it necessary, to set a date for oral argument on the pending motions.

   Clearview's counsel, Mr. Vierra, has authorized me to state that Clearview agrees with the request to dispense with the joint scheduling order and believes the petitions should be promptly resolved without oral argument.

              Respectfully submitted,

              ***/s/ John P. Dean***
              John P. Dean (JD0278)
              Counsel for Defendants/Respondents

---

**1320 19TH Street, N.W. Suite 800**
**Washington, DC 20036**
202.725.8110 (M)
202.747.5826 (F)
johndean8@aol.com

The Honorable J. Paul Oetken<br>
February 7, 2025<br>
Page **2** of **2**

## **CERTIFICATE OF SERVICE**

I certify I caused a true and correct copy of the attached document to be filed using the Court's CM/ECF system, thereby serving counsel of record.

February 7, 2025                    /s/ ***John P. Dean***
                                    John P. Dean