

Collin J. Vierra
1999 South Bascom Ave., Suite 1025
Campbell, CA 95008
cvierra@eimerstahl.com
Telephone: (408) 889-1668
Fax: (312) 692-1718

March 14, 2025

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 706
New York, NY 10007

> Re:  *Clearview AI, Inc. v. Investigative Consultants, Inc. et al.*, No. 1:25-cv-00049
> **Petitioner's Notice of Non-Payment and Letter Motion Requesting Resolution**

Dear Judge Oetken:

Petitioner Clearview AI, Inc. respectfully notifies the Court that although Respondents do not contest the confirmability of the vast majority of the Arbitration Award—but instead object only, in part, to the interest and Mr. Berlin's personal liability for a share of attorney's fees and costs—they have declined to pay any portion of the Award, which was due in full by December 7, 2024. Clearview has asked Respondents several times to begin making payments, but they have refused. Further, Clearview continues to have significant concerns of fraudulent transfers and accounting by ICI, which Mr. Berlin fully controls. Accordingly, Clearview respectfully requests that the Court promptly confirm the Award, or at minimum confirm the vast majority of the Award that is not contested while it considers the contested portions of the Award.

To elaborate, as relevant here, Respondents contest confirmation *only* as to (1) the date from which pre-judgment interest should be calculated, and (2) whether Mr. Berlin should be held personally liable for a total of $64,409.47. Respondents do not contest the confirmability of the remainder of the Award: (1) judgment against ICI for compensatory damages of $873,000 plus post-judgment interest; (2) judgment against ICI for $193,228.39 in costs and fees plus post-judgment interest; and (3) judgment against ICI for $64,409.47 in additional costs and fees plus post-judgment interest.

Because confirmation of the vast majority of the Award is not opposed, but delay in confirmation threatens to irreparably harm Clearview, Clearview respectfully requests prompt confirmation of the Award by the Court, at least as to those uncontested portions of the Award. A proposed judgment confirming the uncontested portions of the Award has been attached for the Court's convenience.



The Honorable J. Paul Oetken
March 14, 2025
Page 2 of 2

                                                 Respectfully submitted,

                                               /s/ *Collin J. Vierra*

Collin J. Vierra (*pro hac vice*)
cvierra@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Ave., Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
Fax: (312) 692-1718

Nathan P. Eimer (#1976067)
neimer@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for Petitioner Clearview AI, Inc.*

Attachment

cc: All counsel of record (via ECF)