UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLEARVIEW AI, INC.<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>INVESTIGATIVE CONSULTANTS, INC. and DONALD BERLIN,<br><br>    Respondents/Defendants. | Case No. 1:25-cv-00049-JPO<br><br>**PARTIAL FINAL JUDGMENT** |

IT IS HEREBY ORDERED THAT:

  1.  The uncontested portions the Arbitration Award dated November 7, 2024, are hereby confirmed.

  2.  The Clerk shall enter this Partial Final Judgment in favor of Clearview AI, Inc. (1) against Investigative Consultants, Inc. for compensatory damages of $873,000, plus 9% prejudgment interest; and (2) against Investigate Consultants, Inc. for $257,637.86 in costs and fees, plus 9% prejudgment interest. The amounts set forth in this judgment are payable and shall be enforceable immediately upon entry of judgment.

  3.  This judgment may and shall be amended *nunc pro tunc* upon resolution of the contested issues.

  IT IS SO ORDERED.

Dated: March 19, 2025

                           J. PAUL OETKEN
                           United States District Judge