UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLEARVIEW AI, INC,

                Petitioner,                         25 **CIVIL** 0049 (JPO)

      -against-                            **JUDGMENT**

INVESTIGATIVE CONSULTANTS, INC.,
et al.,
                Respondents.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 05, 2025, Petitioner's motion to confirm the award is GRANTED and Respondents' cross-motion to vacate the award is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
         May 6, 2025

                                               **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                        BY:
                                              **Deputy Clerk**